IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2021 OCT -8 PM 4: 23
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | |
|---|---|
| A-ONE COMMERCIAL INSURANCE RISK RETENTION GROUP, INC. § § § *Plaintiff* § § v. § MILEAGE PLUS TRANSPORT, LLC. § § *Defendant* § | CIVIL ACTION NO: 1:21-cv-135 |

## ORDER GRANTING DEFAULT JUDGMENT

On this day, the Court considered Plaintiff A-One Commercial Insurance Risk Retention Group, Inc.'s Motion for Default Judgment against Defendant Mileage Plus Transport, LLC. After considering Plaintiff's Motion and the record in this case, this Court finds Plaintiff's Motion should be and is GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff A-One Commercial Insurance Risk Retention Group, Inc.'s Motion for Default Judgment against Defendant Mileage Plus Transport, LLC is hereby GRANTED. Entry of Default is hereby made against Defendant Mileage Plus Transport, LLC in this action, pursuant to Rule 55 of the Federal Rules of Civil Procedure.

It is therefore ORDERED, ADJUDGED, and DECREED that judgment is entered in Plaintiff's favor on the Declaratory Action sought. This Court hereby DECLARES:

(1) Policy A-One2020-2898 issued by A-One Commercial Insurance Risk Retention Group, Inc. to Mileage Plus Transport, LLC provides no liability insurance coverage for bodily injury or property damage claims made against Mileage Plus Transport, LLC in the underlying

lawsuit styled *Shannell Moseley v. John or Jane Doe and Mileage Plus Transport, LLC,* Cause No. 611742/2020, in the Supreme Court of New York, County of Nassau ("Underlying Lawsuit");

(2) A-One Commercial Insurance Risk Retention Group, Inc. is under no obligation to provide a legal defense to Mileage Plus Transport, LLC in connection with the Underlying Lawsuit or any other lawsuit filed in connection with the incident that forms the basis of the Underlying Lawsuit; and

(3) A-One Commercial Insurance Risk Retention Group, Inc. is under no obligation to indemnify Mileage Plus Transport, LLC in connection with the Underlying Lawsuit or any other lawsuit filed in connection with the incident that froms the basis of the Underlying Lawsuit.

Dated this _8th_ day of _October_, 2021.

_____
HONORABLE JUDGE

Respectfully submitted,

**THE FUENTES FIRM, P.C.**
/s/ *Stefan Casso*
STEFAN CASSO
State Bar No. 24105582
JUAN ROBERTO FUENTES
State Bar No. 24005405
15600 San Pedro Ave, Ste 304
San Antonio, TX 78232
Telephone: (281) 378-7640
stefan@fuentesfirm.com
juan@fuentesfirm.com