IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2021 OCT -8  PM 4:23
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | | |
|---|---|---|
| A-ONE COMMERCIAL INSURANCE<br>RISK RETENTION GROUP, INC.,<br>    PLAINTIFF, | §<br>§<br>§<br>§ | |
| V. | § | CAUSE NO. A-21-CV-0135-LY |
| | § | |
| MILEAGE PLUS TRANSPORT, INC.,<br>    DEFENDANT. | §<br>§<br>§ | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. By separate order the court rendered a default judgment in favor of Plaintiff A-One Commercial Insurance Risk Retention Group, Inc. and against Defendant Mileage Plus Transport, Inc. that addressed all matters in this action. As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Defendant Mileage Plus Transport, LLC bear the costs of court.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this ___8th___ day of October, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE